IN PRO. PER.;
1. MARCUS L. HARRISON
2.     PLAINTIFF
3.         V.
4. INSTITUTIONAL GANG OF
5. INVESTIGATIONS, ET; AL...
6.     DEFENDANTS
7.
8.
9.
10.     THIS IS A 1983 · CIVIL COMPLAINT FOR INJUNCTIVE &
11. DECLARATORY RELIEF, IN LIGHT OF THE BLATANT MEANS OF
12. POLITICAL PERSECUTION THAT THE PLAINTIFF IS CURRENTLY
13. BEING SUBJECTED TO, PER. MY STATE OF BEING INCARCERA-
14. TED & HELD WITHIN THE CONFINES OF THE SECURITY HOUSING
15. UNIT, AT PELICAN BAY STATE PRISON IN THE STATE OF
16. CALIFORNIA..
17.     THIS ACTION ARISES UNDER 42· U.S.C. § 1983, AND
18. JURISDICTION IS BASED UPON 28· U.S.C. § 1331, AND
19. § 1343..
20.     All OF THE CONDUCT GIVEN RISE TO THE CLAIMS ALLEG-
21. ED HEREIN, AROSE IN DEL NORTE COUNTY IN CRESCENT
22. CITY, CALIFORNIA, IN THE SECURITY HOUSING UNIT, AT
23. PELICAN BAY STATE PRISON.. THEREFORE, VENUE IS PROPER
24. UNDER 28· U.S.C. § 1391 (b.)(2.)..
25.     PLAINTIFF HAS MATERIAL EVIDENCE, THAT SUPPORTS
26. MY CLAIM OF CORRECTIONAL OFFICER D. MILLIGAN, BEING
27. A EMPLOYEE OF PELICAN BAY STATE PRISON, & WORKING
28.         · 1    OF    3 ·

FILED
08 FEB 19 PM 1: 56

REQUEST FOR LEAVE
TO AMEND COMPLAINT..

CASE NO: C·07·3824·SI·PR·
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. IN THE CAPACITY OF A INSTITUTIONAL GANG INVESTIGATOR
2. (I.G.I.) TO WHOM'S JOB DESCRIPTION ENTAILS; "THE MONIT-
3. ORING & SCREENING OF PRISONERS OUT-GOING & IN-COMING
4. MAIL.." AND THAT ON MARCH 1ST, 2007, PLAINTIFF RE-
5. CEIVED A STOPPED MAIL NOTIFICATION NOTICE, THAT WAS
6. AUTHORED & SIGNED BY PELICAN BAY'S INSTITUTIONAL GANG
7. OF INVESTIGATIONS OFFICER · D. MILLIGAN.. (SEE EXH-
8. IBIT · A · OF PLAINTIFF'S SUPPLEMENTAL AMENDED COMPLA-
9. INT)
10.    THE FACTORS THAT IS IDENTIFIED WITH THIS STOPPED MAIL
11. NOTICE, IS RELEVANT TO THE INITIAL CLAIMS THAT PLAINTIFF
12. RAISED IN HIS CIVIL COMPLAINT, CASE NO: C·07·3824·SI·PR·
13., IN WHICH I AM NOW SEEKING TO AMEND TO THE AFOREMEN-
14. TIONED CIVIL ACTION, IN ORDER TO FURTHER SUBSTANTIATE THE
15. MERIT OF PLAINTIFF'S CLAIMS OF BEING POLITICALLY PERSECUTED,
16. BY BEING DEPRIVED OF MY 1ST· AMENDMENT CONSTITUTIONAL
17. RIGHT TO POLITICAL EXPRESSION & THE FREEDOM OF ASSOCIA-
18. TION..
19.    THE REASON WHY THIS INFORMATION WAS NOT SUBMITTED
20. WITH PLAINTIFF'S INITIAL CLAIMS, WAS BECAUSE THE ADMI-
21. NISTRATIVE REMEDIES WERE NOT COMPLETELY EXHAUSTED,
22. AT THE TIME WHEN THE INITIAL CIVIL ACTION WAS FIRST
23. FILED WITH THIS COURT.. (SEE EXHIBIT · A · OF PLAINTIFF'S
24. SUPPLEMENTAL AMENDED COMPLAINT)
25.    PLAINTIFF SEEKS TO ADD PELICAN BAY'S INSTITUTION-
26. AL GANG INVESTIGATOR · D. MILLIGAN AS A DEFENDANT
27. TO THIS CIVIL ACTION, AS HE WAS THE ONE THAT WAS
28. PRIMARILY RESPONSIBLE, IN THE INFORMATION THAT I'M

1. SEEKING TO AMEND, AS IT RELATES TO PLAINTIFF BEING
2. POLITICALLY PERSECUTED FOR SOLELY EXPRESSING MY POLITICAL
3. VIEWPOINTS.. (SEE EXHIBIT •A• OF PLAINTIFF'S SUPPLEM-
4. ENTAL AMENDED COMPLAINT)
5.     THE PLAINTIFF'S REQUEST FOR LEAVE TO AMEND MY
6. CIVIL COMPLAINT, IS BEING MADE IN A TIMELY MANNER,
7. IN THAT, THE DEFENDANTS HAVE YET TO OFFER A RESPONSE
8. TO THE PLAINTIFF'S CIVIL COMPLAINT, SO THERE WILL NOT BE
9. ANY INCONVENIENCE IMPOSED UPON THE DEFENDANTS BY
10. AMENDING THIS INFORMATION TO PLAINTIFF'S CIVIL COMPL-
11. AINT..
12.     PLAINTIFF HEREBY DECLARE, THAT THE FOREGOING IS
13. TRUE & CORRECT, AS EXECUTED ON THIS 7TH. DAY OF FEBRU-
14. ARY, 2008 IN CRESCENT CITY, CALIFORNIA..
15.
16.
17. DATED:
18. FEBRUARY 7TH, 2008
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

RESPECTFULLY SUBMITTED,
MARCUS L. HARRISON
*Marcus L. Harrison*
•IN PRO. PER.•