RECEIVED
08 FEB 19 PM 1:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN PRO. PER.;
MARCUS L. HARRISON
PLAINTIFF

V.

INSTITUTIONAL GANG OF INVESTIGATIONS, ET; AL...
DEFENDANTS

AMENDED SUPPLEMENTAL COMPLAINT..
F.R.C.P.—RULE·15(a.)(d.)

CASE NO: C·07·3824·SI·PR·

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THIS IS A COMPLAINT FOR INJUNCTIVE, AND DECLARATORY RELIEF, AS WELL AS FOR COMPENSATORY RELIEF, BASED ON THE DEFENDANTS BLATANT VIOLATION OF THE PLAINTIFF'S 1ST. AMENDMENT CONSTITUTIONAL RIGHT TO THE FREEDOM OF SPEECH, AND TO THE FREEDOM OF ASSOCIATION.. IT IS THE PLAINTIFF BELIEF THAT COMPENSATORY RELIEF IS WARRANTED IN THIS MATTER, IN LIGHT OF THE FILING FEE THAT THE PLAINTIFF IS BEING SUBJECTED TO, TO LITIGATE THIS CIVIL ACTION, ALONG WITH OTHER FINANCIAL EXPENSES THAT THE PLAINTIFF WILL INCUR, IN PARTICULAR, THE EXPENSES OF PHOTOCOPYING VARIOUS DOCUMENTS, ETC...

THIS ACTION ARISES UNDER 42·U.S.C. § 1983, AND JURISDICTION IS BASED UPON 28·U.S.C. § 1331 AND § 1343.. THIS AMENDED SUPPLEMENTAL COMPLAINT IS ALSO IN COMPLIANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE — RULE·15 (a.)(d.)..

ON MARCH 7TH; 2007 PLAINTIFF RECEIVED A CDC·128·B·STOPPED MAIL NOTIFICATION NOTICE, DATED THE 1ST. OF MARCH, 2007.. THE CDC·128·B·STOPPED MAIL NOTIFICATION

NOTICE STATED IN RELEVANT PART; "THAT AN OUT-GOING MAIL CORRESPONDENCE THAT WAS ADDRESSED TO KANSAS MUTUAL AID/ALLIED RESISTANCE WAS BEING STOPPED, ON ACCOUNT THAT IT CONTAINED B.G.F.-RELATED MATERIAL & WAS PROMOTING GANG ACTIVITY.." PLAINTIFF FIRMLY DISPUTES & DISAGREES WITH THIS ARBITRARY ASSESSMENT, THAT WAS MADE BY THE INSTITUTIONAL GANG OF INVESTIGATIONS (I.G.I.)[1] OFFICER D. MILLIGAN.. (SEE EXHIBIT-A-OF AMENDED COMPLAINT..)

FIRST OF ALL, THE OUT-GOING MAIL CORRESPONDENCE IN QUESTION, IS A POLITICAL WRITING OF MINE THAT IS ENTITLED; "ON THE MOVE, ONE FORWARD MOTION, CAN'T STOP!! WON'T STOP!!".. NO WHERE WITHIN THIS POLITICAL WRITING IS THERE ANY REFERENCE OF, OR TO ANY TYPE OF CRIMINAL, OR VIOLENT ACTIVITY, IN PARTICULAR, AS IT RELATES TO THE CRITERIA OF GANG ACTIVITY THAT HAS BEEN ESTABLISHED IN THE CASTILLO V. ALAMEIDA — CASE NO: C-94-2847-MJJ-SETTLEMENT.. WHICH DEFINES GANG ACTIVITY AS BEING ANY ILLEGAL, UNLAWFUL, OR CRIMINAL ACTIVITY BEING PROMOTED IN THE INTEREST OF FURTHERING THE GOALS OF A PRISON GANG.. (SEE: CASTILLO V. ALAMEIDA CASE SETTLEMENT IN EXHIBIT-H-OF PLAINTIFF'S GENERAL COMPLAINT)

1. FROM NOW ON, THE INSTITUTIONAL GANG OF INVESTIGATIONS UNIT WILL BE REFERENCE SIMPLY AS I.G.I., WHICH IS A STANDARD & ACCEPTED ABBREVIATION THAT IS OFTEN USED BY PELICAN BAY STATE PRISON PERSONNEL..

1.

I.G.I. OFFICER D. MILLIGAN SOLE BASIS IN DETER-MINING MY POLITICAL WRITING TO BE B.G.F. RELATED MATERIAL, AND TO BE PROMOTING GANG ACTIVITY, IS BASED ON (2)• TWO FACTORS; 1.) WITHIN MY POLITICAL WRITING, I STATED A QUOTE FROM GEORGE JACKSON'S BOOK; "BLOOD IN MY EYE", WHICH STATES AS FOLLOWS; "SETTLE YOUR QUARRELS, COME TOGETHER, UNDERSTAND THE REALITY OF OUR SITUATION, UNDERSTAND THAT FASCISM IS ALREADY HERE, THAT PEOPLE ARE ALREADY DYING WHO COULD BE SAVED, THAT GENERATIONS MORE WILL DIE OR LIVE POOR BUTCHERED HALF LIVES IF YOU FAIL TO ACT.. DO WHAT MUST BE DONE, DISCOV-ER YOUR HUMANITY AND YOUR LOVE IN REVOLUTION.. PASS ON TORCH... JOIN US, GIVE UP YOUR LIFE FOR THE PEOPLE!!— COMRADE GEORGE JACKSON.. THIS QUOTE DOES NOT PROMOTE GANG ACTIVITY & NOR IS IT B.G.F. RELATED MATERIAL, AS GEORGE JACKSON WAS NEVER A B.G.F. MEMBER.. AND THIS IS ACCORDING TO THE TESTIMONY OF SPECIAL AGENT D. HAWKES ... (SEE EXHIBIT•F•OF GENERAL COMPLAINT) AND 2.) I.G.I. OFFICER D. MILLIGAN GOES ON TO PARA-PHRASE ANOTHER PORTION OF MY POLITICAL WRITING IN ABSTRACT OF IT'S ACTUAL INTENDED CONTEXT.. I.G.I. OFFICER D. MILLIGAN OFFERS, HARRISON STATES; "TO AN EXTENT, OUR OPPRESSORS WERE SUCCESSFUL IN NEUTRALIZING OUR NEW PHASE OF RESIST-ANCE (STRUGGLE) THAT TOOK PLACE IN THE TIME FRAME OF THE 60'S/70'S.. AS WE HAVE NUMEROUS NEW AFRIKAN FREEDOM FIGHTERS/PRISONERS OF WAR WHO ARE WRONG-FULLY BEING HELD ON LOCKDOWN IN THESE GULAGS.. IN SOME

INSTANCES, SOME HAVE BEEN IN THIS POSITION FOR THE LAST 3 TO 4 CONSECUTIVE DECADES!! AND ON THE OTHER HAND, WE'VE HAD SEVERAL OF OUR FELLOW NEW AFRIKAN BLACK BROTHAS/SISTAS TAKE A STEP BACK FROM THE STRUGGLE, AND BEGIN IDENTIFYING THEMSELVES AS "EX" AND "FORMER" MEMBERS OF WHATEVER PREVIOUSLY EXISTING SOCIAL/POLITICAL ORGANIZATION ON ACCOUNT THAT THEY COULD NO LONGER STAND THE PRESSURE THAT OUR OPPRESSORS (U.$. GOVERNMENT) WAS PLACING ON THEM.."

I.G.I. OFFICER D. MILLIGAN ATTEMPTS TO ARBITRARILY INTERPRET THIS SECTION OF MY POLITICAL WRITING, AS A REFERENCE TO THE SECURITY HOUSING UNIT AT PELICAN BAY STATE PRISON, IN PARTICULAR, IN REFERENCE TO OTHER VALIDATED B.G.F. PRISON GANG MEMBERS.. (SEE EXHIBIT. A. OF AMENDED COMPLAINT) THIS BASIS OF INTERPRETATION IS UNDULY BROAD & IS NOT SUPPORTED BY NO MATERIAL EVIDENCE WHAT SO EVER!! AS THERE IS NO DIRECT REFERENCE TO ANY VALIDATED B.G.F. PRISON GANG MEMBER.. HOWEVER, IN THE SECTION THAT I.G.I. D. MILLIGAN QUOTED FROM MY POLITICAL WRITING, A DISTINCTIVE CONTRADICTION IS MADE WHEN I STATED; "WE'VE HAD SEVERAL OF OUR FELLOW NEW AFRIKAN BLACK BROTHAS/SISTAS TAKE A STEP BACK FROM THE STRUGGLE, AND BEGIN IDENTIFYING THEMSELVES AS "EX" AND "FORMER" MEMBERS OF WHATEVER PREVIOUSLY EXISTING SOCIAL/POLITICAL ORGANIZATION ON ACCOUNT THAT THEY COULD NO LONGER STAND THE PRESSURE THAT OUR OPPRESSORS (U.$. GOVERNMENT) WAS PLACING ON THEM.." THE LAST TIME THAT I CHECKED, THE SECURITY

HOUSING UNIT AT PELICAN BAY STATE PRISON, IS A ALL MALE INSTITUTIONAL FACILITY.. AND WITHIN THIS QUOTE, I SPECIFICALLY REFERENCE BOTH MALE & FEMALE GENDERS WHEN I REFERRED TO; "NEW AFRIKAN BLACK BROTHAS /SISTAS.." MEANING, THAT IT WAS IMPOSSIBLE FOR ME TO BE REFERRING TO ANY VALIDATED B.G.F. PRISON GANG MEMBER THAT IS BEING HOUSED IN THE SECURITY HOUSING UNIT AT PELICAN BAY STATE PRISON, AS AGAIN, NO FEMALES IS BEING HOUSED IN THIS PRISON..

IN SEVERAL PARAGRAPHS PRIOR TO THIS SOUND-BITE PARA-PHRASE MADE BY I.G.I. OFFICER D. MILLIGAN, I HAD BEGUN MY POLITICAL WRITING WITH OUT-LINING THE HISTORICAL ORIGINS OF THE BLACK LIBERATION MOVEMENT FROM THE TRANS-ATLANTIC SLAVE TRADE.. I THEN SPEAK TO SEVERAL POLITICAL AND SOCIAL ORGANIZATIONS THAT WERE INVOLVED IN THE BLACK LIBERATION MOVEMENT, SUCH AS; THE BLACK PANTHER PARTY, THE BLACK LIBERATION ARMY, THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ETC..." BUT I.G.I. OFFICER D. MILLIGAN TOOK THIS TO MEAN; "THAT I WAS TALKING ABOUT MEMBERS OF THE B.G.F. ORGANIZATION.." (SEE EXHIBIT-A- OF AMENDED COMPLAINT) ANYBODY WHO READS MY POLITICAL WRITING IN IT'S ENTIRETY WOULD KNOW THAT I'M TALKING ABOUT THE HISTORICAL ORIGINS OF THE BLACK LIBERATION MOVEMENT, AND NOT THE B.G.F. PRISON GANG, AS THE WORD B.G.F. IS NOT MENTIONED NO WHERE WITHIN MY POLITICAL WRITING.. THE COURTS HAVE ESTABLISHED LEGAL PRECEDENT, WHICH PROHIBITS

PRISON OFFICIALS FROM BROADLY INTERPRETING ANY & ALL FORMS OF POLITICAL EXPRESSION AS BEING A FORM OF PROMOTING GANG ACTIVITY, IN PARTICULAR, WITHOUT IDE• NTIFYING A SPECIFIC ACT OF EXPRESSION THAT WOULD LEGITI• MATELY THREATEN A SPECIFIC PENALOGICAL SECURITY INTEREST OF THE PRISON.. SEE: PROCUNIER V. MARTINEZ • 416 • U.S. 396, 413 (1974); TURNER V. SAFLEY • 482 • U.S. 78, 89 (1986); THORNBURGH V. ABBOT • 490 • U.S. 401, 414 • 15 (1989); AND WALKER V. SUMNER • 917 • F.2d. 382 • 9TH. CIR. (1990)..

I.G.I. OFFICER D. MILLIGAN GOES ON TO SAY; " THAT THE BOOKS "SOLEDAD BROTHERS" AND "BLOOD IN MY EYE" BY GEORGE JACKSON HAVE BEEN BANNED AT PEL• ICAN BAY STATE PRISON.." (SEE EXHIBIT • A. • OF AMENDED COMPLAINT) THERE IS LEGAL PRECEDENT, IN WHICH THE COURTS HAVE DETERMINED THAT A BLANKET BAN ON BOOKS AND PUBLICATIONS IS UNCONSTITUTIONAL.. SEE: MURPHY V. MISSOURI DEPT. OF CORRECTIONS • 814 • F.2d. 1252, 1257 (8TH. CIR. 1987); WIGGINS V. SARGENT • 753 • F.2d. 663, 668 (8TH. CIR. 1985); NICHOLS V. NIX • 16 • F.3d. 1228 (8TH. CIR. 1994); AND HAROLD D. WILLIAMS V. LARRY BRIM• EYER — CASE NO: 96 • 2469NI • (8TH. CIR. 1997).. THUS REN• DERING I.G.I. OFFICER D. MILLIGAN'S AND PELICAN BAY'S POSITION, TO PUT A BLANKET BAN ON ALL PUBLICATIONS & BOOKS IN RELATION TO GEORGE JACKSON, IS UNCONSTITUTI• ONAL..

THERE HAS BEEN SEVERAL ATTEMPTS TO BAN GEORGE JACKSON'S BOOKS AND PUBLICATIONS, AND ON EACH & EVERY ATTEMPT MADE TO BAN GEORGE JACKSON'S BOOKS & PUBLICATIONS, THE BAN WAS OVERTURNED BY THE COURTS AS BEING UNCONSTITUTIONAL.. SEE: JACKSON V. WARD 458 • F.SUPP.546 (W.D.N.Y. — 1978); HOPKINS V. COLLINS • 548 • F.2d.503 (4TH. CIR. 1977); AND SEALE V. MANSON • 326 • F.SUPP. 1375 (D. CONN. 1971)..

A LEADING CRIMINOLOGIST BY THE NAME OF MARVIN WOLFGANG TESTIFIED THAT; "I KNOW OF NO SYSTEMATIC, COMPELLING, OR CONVINCING SOCIAL SCIENCE EVIDENCE THAT CAN LINK THE KIND OF PUBLICATIONS, THE KINDS OF READING MATTER, OR VISUAL MATTER TO WHICH INMATES ARE EXPOSED, TO THE DEGREE OF AGGRESSION OR VIOLENCE THAT IS FOUND IN PRISONS.." MARVIN WOLFGANG WENT ON TO SAY THAT; "MOST KNOWLEDGEABLE PRISON ADMINISTRATORS & SOCIAL SCIENTISTS AGREE THAT, THAT THERE IS VIRTUALLY NO INCIDENT OF VIOLENCE OR DISRUPTION IN PRISON THAT IS CAUSED BY WRITTEN PUBLICATIONS.." SEE: JACKSON V. WARD • 458 • F.SUPP. 546 (W.D.N.Y. — 1978); AND SEALE V. MANSON • 326 • F.SUPP. 1375 (D. CONN. 1971)