NAME: MARCUS L. HARRISON
CDC NO: H54077 HOUSING: D3-124
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

CONFIDENTIAL LEGAL MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr.
Crescent City, CA 95532

PELICAN BAY STATE PRISON
D2-N
D00421/666
MAILED FROM ZIP CODE 95531

UNITED STATES
$01.310
FEB 15 2008

...rthern Dist. of Ca.
...ourthouse.
...den Gate Ave.
...cisco, Ca. 94102-3483