• PRAYER FOR RELIEF •

CASE No: C·07·3824·SI·PR·

PLAINTIFF IS WITHOUT NO OTHER MEANS OF SEEKING REDRESS, AND THEREBY SEEKS AND PRAYS FOR RELIEF AS FOLLOWS:

- AWARD THE PLAINTIFF COMPENSATORY DAMAGES IN THE AMOUNT OF $10,000 dollars;
- APPOINT COUNSEL;
- UPLIFT THE BLANKET BAN ON ALL OF GEORGE JACKSON'S BOOKS, PUBLICATIONS, AND READING MATERIALS;
- AND GRANT ANY OTHER RELIEF THAT THIS COURT DEEMS TO BE JUST & APPROPRIATE...

THE PLAINTIFF PRAYS THAT THIS COURT WILL GRANT HIM RELIEF, AS SOUGHT IN THIS CIVIL COMPLAINT..

DATED:
FEBRUARY 8TH, 2008

RESPECTFULLY SUBMITTED,
MARCUS L. HARRISON
*Marcus L. Harrison*
• IN PRO. PER. •

FILED
FEB 1 - 2008
RICHARD W. W[...]
CLERK, U.S. D[...]
NORTHERN DISTRICT OF CAL[...]