NAME: MARCUS L. HARRISON
CDC NO: H54077 HOUSING: D3-124
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

CONFIDENTIAL LEGAL MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr.
Crescent City, CA 95532

$01.310
FEB 15 2008
MAILED FROM ZIP CODE 95531

...rthern Dist of Ca.
U.S. Courthouse.
450 ...den Gate Ave.
San Francisco, Ca. 94102-3483