**CONFIDENTIAL LEGAL MAIL**

NAME: MARCUS L. HARRISON
CDC NO: H54077  HOUSING: D3-124
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr.
Crescent City CA 95532

02 1M
0004217666  FEB 15 2008
MAILED FROM ZIP CODE 95531
$ 01.31⁰
UNITED STATES POSTAGE

Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94162-3483