EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
LISA SCIANDRA, State Bar No. 246532
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5846
 Fax: (415) 703-5480
 Email: Lisa.Sciandra@doj.ca.gov

Attorneys for Defendants Stewart and Hawkes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCUS L. HARRISON,<br><br>  Plaintiff,<br><br>  v.<br><br>INSTITUTIONAL GANG OF INVESTIGATIONS,<br><br>  Defendants. | Case No. C 07-3824 SI<br><br>**DEFENDANTS' REQUEST FOR A SIXTY-DAY EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendants Stewart and Hawkes (Defendants) respectfully request that this Court grant a sixty-day extension of time, up to and including June 10, 2008, in which to file a motion for summary judgment or other dispositive motion.

///
///
///
///
///
///

Defs.' Req. for 60-Day EOT to File Dispositive Mot.                                    M. L. Harrison v. IGI, et al.
                                                                                                                                C 07-3824 SI

1

1   As explained more fully in counsel's accompanying declaration, this extension will allow counsel time to gather sufficient documents and information to determine and prepare an appropriate response to this lawsuit.

Dated: April 8, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

MICHAEL W. JORGENSON
Supervising Deputy Attorney General

*/s/ Lisa Sciandra*

LISA SCIANDRA
Deputy Attorney General
Attorneys for Defendants Stewart and Hawkes

40236618.wpd
SF2008400645

---

Defs.' Req. for 60-Day EOT to File Dispositive Mot.    *M. L. Harrison v. IGI, et al.*
C 07-3824 SI

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   M. L. Harrison v. IGI, et al.

No.:   C 07-3824 SI

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 8, 2008</u>, I served the attached

**DEFENDANTS' REQUEST FOR A SIXTY-DAY EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

**DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR A SIXTY-DAY EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Marcus L. Harrison (H-54077)
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531-7500
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 8, 2008, at San Francisco, California.

|              M. Luna              |         *M. Luna*          |
|:---------------------------------:|:--------------------------:|
|             Declarant             |         Signature          |

40238716.wpd