1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | MICHAEL W. JORGENSON
Supervising Deputy Attorney General
5 | LISA SCIANDRA, State Bar No. 246532
Deputy Attorney General
6 |  455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
7 |  Telephone: (415) 703-5846
Fax: (415) 703-5480
8 | Email: Lisa.Sciandra@doj.ca.gov

9 | Attorneys for Defendants Stewart and Hawkes

10

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14

| | |
|---|---|
| **MARCUS L. HARRISON,** | Case No. C 07-3824 SI |
| Plaintiff, | **DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |
| v. | |
| **INSTITUTIONAL GANG OF INVESTIGATIONS,** | |
| Defendants. | |

20 | I, LISA SCIANDRA, declare as follows:

21 |     1.    I am an attorney licensed to practice before the courts of the State of California and this

22 | Court. I am a Deputy Attorney General in the Correctional Law Section of the California

23 | Attorney General's Office, and I am assigned to represent the Defendants in this matter.  I have

24 | personal knowledge of the matter contained in this declaration, and if called to testify, I would

25 | and could testify.

26 |     2.    The Court's Order of Service dated January 22, 2008, directed that Defendants must

27 | file and serve a motion for summary judgment or other dispositive motion no later than April 11,

28 | 2008.  I intend to file a motion for summary judgment or other dispositive motion in this case

Decl. Counsel in Supp. Defs.' Req. for EOT

*M. L. Harrison v. IGI, et al.*
*C 07-3824 SI*

1   but request a sixty-day extension of time until June 10, 2008, to complete it.

2       3.    For the following reasons, Defendants request an extension of time:

3           a.    I do not yet have sufficient documents or information to determine the appropriate

4   response to this lawsuit and will need further documents in order to prepare a response. I

5   received the Summons and Complaint on February 28, 2008. My office requested case

6   documents and information from the California Department of Corrections and Rehabilitation

7   (CDCR) at that time. While some documents have been received, review of the facts and

8   allegations necessitate obtaining additional documents from the CDCR and other sources. More

9   time will be needed to review the facts and allegations in the Complaint, and to review the

10  documents that will arrive from the CDCR and other sources.

11          b.    Additionally, along with other case-related work, I have recently been occupied

12  with a demurrer due April 11, 2008, in the Superior Court of California, County of Del Norte.

13          c.    I am also working on two dispositive motions due in the Northern District of

14  California on May 9 and May 22, 2008.

15      4.    Plaintiff is currently incarcerated and cannot be easily contacted for an extension of

16  time.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Decl. Counsel in Supp. Defs.' Req. for EOT

*M. L. Harrison v. IGI, et al.*
C 07-3824 SI

1     5.   No previous extension of time has been sought regarding the filing of Defendants'

2 summary-judgment motion or other dispositive motion.  This request is not made for the purpose

3 of harassment, undue delay, or any improper reason.

4     I declare under penalty of perjury that the forgoing is true and correct to the best of my

5 knowledge.

6     Executed on April 8, 2008, at San Francisco, California.

7

8                               LISA SCIANDRA

9

10

11

12   40236622.wpd

13   SF2008400645

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. Counsel in Supp. Defs.' Req. for EOT                          *M. L. Harrison v. IGI, et al.*
                                                                 C 07-3824 SI

3