IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCUS L. HARRISON,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>INSTITUTIONAL GANG OF INVESTIGATIONS,<br><br>　　　　　　　　　　　　Defendants. | CAse No. C 07-3824 SI<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR A SIXTY-DAY EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

Defendants filed a request for a sixty-day extension of time, up to and including June 10, 2008, to file their summary-judgment motion or other dispositive motion. The Court has read and considered Defendants' request, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' request for a sixty-day extension of time is granted. Defendants must file and serve a motion for summary judgment or other dispositive motion by June 10, 2008. Plaintiff's opposition to the dispositive motion must be filed with the

///
///
///
///
///

1  Court and served on Defendant no later than July 15, 2008. If Defendants wish to file a reply, it
2  must be filed and served no later than August 5, 2008.
3      IT IS SO ORDERED.

5  Dated: _____                _____
                                                The Honorable Susan Illston
6                                               U.S. District Court Judge