FILED    RECEIVED
APR 28 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APR 28 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

1. MARCUS L. HARRISON

2.     PLAINTIFF

3.        V.

4. INSTITUTIONAL GANG OF

5.     INVESTIGATIONS; ET. AL...

6.     DEFENDANTS

7.                         CASE NO: C·07·3824·SI·(PR)

REQUEST FOR AN COURT ORDER...

8.     UNITED STATES DISTRICT COURT

9.     NORTHERN DISTRICT OF CALIFORNIA

10.     PLAINTIFF HEREBY MOVES BEFORE THIS HONORABLE COURT

11. TO REQUEST THAT A ORDER BE ISSUED UPON THE ADMINISTRA-

12. TIVE CUSTODY STAFF, IN THE SECURITY HOUSING UNIT AT PELI-

13. CAN BAY STATE PRISON, IN CRESCENT CITY, CALIFORNIA FOR

14. THE FOLLOWING REASONS:

15.     THE SECURITY HOUSING UNIT LAW LIBRARY CUSTODY

16. STAFF AT PELICAN BAY STATE PRISON, HAS INFORMED ME THAT

17. THEY WILL NOT MAKE LEGAL PHOTOCOPIES FOR ME.. (SEE EXHI-

18. BIT·A.) THIS IS INSPITE OF THE FACT, THAT I HAVE PROVEN

19. TO THEM, THAT THE BASIS OF PLAINTIFFS REQUEST FOR THESE

20. LEGAL PHOTOCOPIES, IS DUE TO CURRENT LITIGATION THAT I'M

21. INVOLVED WITH, IN THE UNITED STATES NORTHERN DISTRICT

22. COURT.. (SEE EXHIBIT·B.)

23.     FOR EXAMPLE, PLAINTIFF HAS BEEN APPROVED TO CORRES-

24. POND WITH (5)·FIVE DIFFERENT PRISONERS FOR PURPOSES OF

25. OBTAINING DECLARATIONS AND AFFIDAVITS, IN SUPPORT OF MY

26. §1983 CIVIL CLAIM.. (SEE EXHIBIT·C.) HOWEVER, THE

27. AFFIDAVITS AND DECLARATIONS THAT IS BEING SUBMITTED BY

28. THESE PRISONERS IN SUPPORT OF MY §1983 CIVIL CLAIM

#1

1. HAS EXHIBITS ATTATCHED TO IT, IN ORDER TO SUBSTANTIATE
2. THE STATEMENT OF FACTS THAT IS BEING RAISED IN THEIR
3. AFFIDAVITS AND DECLARATIONS.. HOWEVER, THE SECURITY HOUS-
4. ING UNIT LAW LIBRARY ADMINISTRATIVE CUSTODY STAFF AT
5. PELICAN BAY STATE PRISON IS REFUSING TO MAKE PHOTOCOPIES
6. OF THESE PRISONERS EXHIBITS THAT IS ATTATCHED TO THEIR
7. AFFIDAVITS/DECLARATIONS WITHOUT THIS COURT ISSUING A
8. ORDER FOR THEM TO DO SO.. (SEE EXHIBIT·A.)
9.          HENCEFORTH, PLAINTIFF PRAYS THAT THIS HONORABLE
10. COURT WILL ISSUE A COURT ORDER UPON THE SECURITY HOUSING
11. UNIT LAW LIBRARY ADMINISTRATIVE CUSTODY STAFF, SO THAT THE
12. PLAINTIFF WILL BE ABLE TO EFFECTIVELY PREPARE HIS MOTION
13. IN OPPOSITION TO THE DEFENDANT'S SUMMARY JUDGMENT
14. MOTION.. PLAINTIFF HAS A DEADLINE OF MAY 16TH, 2008 TO
15. FILE THIS MOTION.. (SEE EXHIBIT·B.) PLAINTIFF REQUEST
16. THAT THIS ORDER STIPULATES AS FOLLOWS: 1.) ORDER PELICAN
17. BAY STATE PRISON'S ADMINISTRATIVE CUSTODY STAFF TO MAKE
18. PHOTOCOPIES OF ANY & ALL DOCUMENTS AS IT PERTAINS TO THE
19. PRISONERS THAT ARE IDENTIFIED IN EXHIBIT·C., WITH RESP-
20. ECT TO LITIGATING THIS @1983·CIVIL ACTION; AND 2.) THAT I
21. BE PERMITTED TO CORRESPOND WITH THE AFOREMENTIONED PRIS-
22. ONERS THAT ARE IDENTIFIED IN EXHIBIT·C. UNIMPEDED, FOR
23. PURPOSES OF LITIGATING MY @1983 CIVIL CLAIM, IN PARTICUL-
24. AR TO OBTAIN AFFIDAVITS AND OTHER RELEVANT DOCUMENTS
25. AS IT PERTAINS TO PLAINTIFF'S LEGAL CASE.. THIS REQUEST
26. IS BEING MADE IN COMPLIANCE WITH F.R.C.P. — 56(e.)..
27. DATED:                              RESPECTFULLY SUBMITTED,
28. APRIL 21ST, 2008                    MARCUS L. HARRISON

#2

# PROOF OF SERVICE

1.

2.    I, MARCUS L. HARRISON • # H54077 HEREBY

3. declare as follows:

4.    THAT I, MARCUS L. HARRISON • H54077 IS A PRISON•

5. ER THAT IS BEING HELD IN THE SECURITY HOUSING UNIT AT

6. PELICAN BAY STATE PRISON, IN CRESCENT CITY, CALIFORNIA..

7. I AM ALSO THE PLAINTIFF IN THE AFOREMENTIONED CASE, AND

8. ON APRIL 21ST, 2008 I MAILED A TRUE COPY OF THE FOLLOW•

9. ING DOCUMENT "REQUEST FOR A COURT ORDER" TO THE FOLLO•

10. WING ADDRESSES:

11.    ATTN: U.S. NORTHERN DISTRICT COURT

12.        C/O • SUSAN JILSTON • JUDGE

13.            450 • GOLDEN GATE • AVE.

14.        SAN FRANCISCO _____ CA. 94102

15.

16.    ATTN: DEPUTY ATTORNEY GENERAL'S OFFICE

17.        C/O • LISA SCIANDRA

18.            455 • GOLDEN GATE • AVE. # 11000

19.        SAN FRANCISCO _____ CA. 94102 • 7004

20.

21.    I, HEREBY DECLARE UNDER THE PENALTY OF PERJURY

22. THAT THE FOREGOING IS TRUE AND CORRECT, AS PLAINTIFF

23. BELIEVES THESE FACTS TO BE..

24.

25. DATED:                          RESPECTFULLY SUBMITTED,

26. APRIL 21ST, 2008                 MARCUS L. HARRISON

27.                                  Marcus L. Harrison

28.                                   • IN PRO. PER. •

# 3

# ·EXHIBIT·A·

To:        Harrison    H 54077    D-3-124

From:      H. Griffin, LTA, SHU Law Library
Date:      21 April 2008

RE:        Response to Inmate Request for Interview, dated 4/21/2008


On April 15, 2008 you submitted paperwork for copying. During routine review of the submitted paper work, it was discovered that approximately one quarter of the pages belonged to another inmate, Paul Jones B-26077 D-4-107. Your request for copies was then denied (OP 822, E, 1 (k)).

On April 18, 2008, you submitted a 602 challenging this decision and attached an affidavit from Paul Jones referencing the paper work submitted on April 15, 2008.

During subsequent conversations with you while in law library as a Priority Library User (PLU) on April 21, 2008, I informed you that the originally submitted paperwork (specifically the paperwork from Inmate Paul Jones) could not be copied without an affidavit from the court directing the law library to do so. I also informed you that the affidavit without the attachments would be copied if properly identified and attached to an original court filing.

In addition I informed you that per the Senior Librarian, E. McCumsey, who was informed by Principal Librarian Jan Stuter and Legal Services Attorney Brian Snyder, any copy request over 50 pages would be denied per Title 15, Section 3162b (unnecessary expense to the State).

While you were in the law library on April 21, 2008, you cited Federal Rules of Civil Procedure, Rule 56, substantiating your claim to receive the copies of Inmate Jones. I informed you that the SHU Law Library was following department policy and that the copies would not be made unless we received an order from the court ordering the Law Library to make the copies of Inmate Jones' paperwork.

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

## INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. PELICAN BAY | 1. | |
| | 2. | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| HARRISON M. | H54077 | | D3-124 |

**A. Describe Problem:** PETITIONER HAS BEEN RUDELY AND ARBITRARILY DENIED HIS REQUEST FOR PHOTOCOPIES BY LTA·DEPEW.. (SEE ATATCH) LTA·DEPEW's ACTIONS ARE A BLATANT ATTEMPT TO OBSTRUCT AND IMPEDE PETITIONER'S ACCESS TO THE COURTS.. PETITIONER'S REQUEST FOR PHOTOCOPIES WAS DENIED ON THE GROUNDS THAT: "I HAVE OTHER INMATES MATERIAL PROPERTY WITH IN MY REQUEST".. (SEE ATATCH) BUT FOR THE SAKE OF SATISFYING THESE RHETORICAL AND ARBITRARY INQUIRIES, THE REASON AS TO WHY I NEED PHOTOCOPIES OF MR. PAUL JONES·B210077 MATERIAL PROPERTY

If you need more space, attach one additional sheet.    • SEE ATATCHMENT SHEET •

**B. Action Requested:** THAT THE ATATCH REQUEST FOR PHOTOCOPIES BE MADE IMMEDIATELY SO AS TO NOT FURTHER DELAY, IMPEDE, AND OBSTRUCT PETITIONER'S ACCESS TO THE COURTS..

Inmate/Parolee Signature: _Harrison M._    Date Submitted: 4/17/08

**C. INFORMAL LEVEL** (Date Received: 4·18·08 )

Staff Response: Denied Pls see attached

Staff Signature: _Drippen LTA    SHU Law Library_    Date Returned to Inmate: 4-21-08

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

DESCRIBE PROBLEM CON'T. A.)

DOCUMENTS, ETC. IS THAT, THESE DOCUMENTS IS A PART
OF A AFFIDAVIT, THAT MR. PAUL JONES B26077 HAS
SUBMITED IN SUPPORT OF MY §1983 CIVIL ACTION THAT
IS NOW PENDING BEFORE THE U.S. NORTHERN DISTRICT
COURT IN SAN FRANCISCO — IN RE: MARCUS L. HARRISON
V. I.G.I. — CASE NO: C.07.3824.SI.(PR).. I FIND
IT TO BE OUT RIGHT RIDICULOUS, FOR LTA.DEPEW TO BE
QUESTIONING ME, AS TO WHY I NEED A COPY OF MR. PAUL
JONES LEGAL DOCUMENTS, WHEN I JUST SENT HER LEGAL
DOCUMENTATION, VERIFYING A LEGAL DEADLINE, IN WHICH
LTA.DEPEW JUST APPROVED!! (SEE ATTATCH) THESE DOCUM-
ENTS ARE A PART OF A DISCOVERY MOTION THAT I MUST
FILE AS A OPPOSITION TO THE DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT.. (SEE ATTATCH LEGAL DOCUMENTS)
NOTE: I WAS APPROVED TO CORRESPOND WITH MR. PAUL
JONES B26077 VIA A APPROVED REQUEST FOR CORRESPON-
DENCE.. (SEE ATTATCH)

• BE SURE TO RETURN ALL ATTATCHED
   DOCUMENTS A.S.A.P.!! •

• SUPPORTING DOCUMENTS:
• 3 • PAGE AFFIDAVIT OF PAUL JONES WHICH SPEAKS ABOUT HIS EXH-
IBITS THAT ARE IN THE PHOTOCOPY REQUEST:
• APPROVED REQUEST FOR CORRESPONDENCE WITH PAUL JONES
• 7 • PAGES OF LEGAL DOCUMENTATION/VERIFICATION FROM THE COURTS:
• 2 • PAGES OF PLU STATUS BEING APPROVED BY LTA.DEPEW

STATE OF CALIFORNIA
GA-22 (9/92)

## INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | | CDC NUMBER |
|---|---|---|---|---|
| 4/21/08 | SHU LAW LIBRARY... | HARRISON | M. | H54177 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| D3 | 124 | PELICAN BAY STATE PRISON SECURITY HOUSING UNIT | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | ASSIGNMENT HOURS | |
|---|---|---|---|
| UNIT D-3 | | FROM | TO |

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

1) PER. FEDERAL RULES OF CIVIL PROCEDURE-56 — SUB. SECTION
99, I AM ENTITLED TO SUBMIT AFFIDAVITS IN SUPPORT OF MY
CIVIL ACTION.. READ PAGES 136 — 137; 2) SOMEBODY NEEDS
TO READ THE ACTUAL AFFIDAVIT AND THE COURT DOCUMENTS

**Do NOT write below this line. If more space is required, write on back.**

| INTERVIEWED BY | DATE |
|---|---|
| | — OVER → |

DISPOSITION

_See attached._

FROM THE COURTS REGARDING ME HAVING TO FILE A OPPOSI-
TION TO THE DEFENDANTS MOTION FOR SUMMARY JUDGMENT;
AND 3.) I WOULD LIKE FOR WHOMEVER IS RESPONSIBLE
FOR THIS DENIAL OF PHOTOCOPIES TO BE LISTED, ALONG
WITH STATED REASONS AND LEGAL AUTHORITIES IN BLACK
& WHITE.. THANK YOU

# PELICAN BAY STATE PRISON
## S. H. U. LAW LIBRARY
### REQUEST FOR LEGAL PHOTO COPY SERVICE

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-3

**RULES AND CONDITIONS:** DON'T STAMP LEGAL document

. WHEN REQUESTING PHOTOCOPY SERVICES, YOU MUST COMPLETELY FILL OUT
AND SUBMIT:

    A.) REQUEST FOR PHOTOCOPY SERVICE FORM.

    B.) SIGNED TRUST W___

You must have an affidavit to use Jones material

are EncloseD!!

. PHOTOCOPY SERVICE IS ___
§14010.21 LAW BOOKS, RI___
ETC. WILL NOT BE COPI___

. COST FOR PHOTOCOPY ___

. NO INMATE MAY SUBM___

. SEPARATE ALL DOUBLE___
DOCUMENTS TO ASSIS___
QUESTS. DO NOT TIE O___

. PHOTOCOPY SERVICE ___    VENT
ABUSE AND TO ASSU___
BENEFIT FROM THE S___

HAVE READ THE RULES AND CONDITIONS ABOVE. ___ COMPLY
WITH THEM.

NAME (PRINT): **HARRISON    M.**  C.D.C. #: **H54077** CELL #: **d3·124**
TYPE OF DOCUMENT: **DISCOVERY MOTION**  NUMBER OF PAGES: **191**
NAME OF COURT: **DEPUTY ATTORNEY GENERAL**  NUMBER OF COPIES: **1X**
PLAINTIFF: **MARCUS HARRISON**  TOTAL COPIES: **191**
DEFENDANT: **INSTITUTION GANG OF INVESTIGATION** TOTAL COST: **$19.10**
INMATES SIGNATURE: *Harrison M.*  DATE: **4/13/08**

### ***STAFF ONLY***

DATE RECEIVED IN LIBRARY: **4-14-08**

APPROVED: ___ DENIED: **X**  REASON FOR DENIAL: **You have other inmates material, Prove by court documents you need it**

COMPLETED BY: LTA Keith DePew  DATE: **4-15-08**
UNIT STAFF SIGNATURE: _____ DATE: _____
RECEIVED & APPROVED: _____ DATE: _____
(Inmate Signature)
IN LIB: _____ PAGED: _____

### FLOOR OFFICER: HAVE INMATE SIGN. THEN RETURN TO LAW LIBRARY.
### ***THANKS!***

# EXHIBIT·B·

FILED

JAN 2 4 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCUS L. HARRISON,                             No. C 07-3824 SI (pr)

      Plaintiff,                                **ORDER OF SERVICE**

    v.

INSTITUTIONAL GANG OF
INVESTIGATIONS; et al.,

      Defendants.

_____/

### INTRODUCTION

Marcus L. Harrison, an inmate at Pelican Bay State Prison, filed a pro se civil rights action under 42 U.S.C. § 1983. His complaint is now before the court for review pursuant to 28 U.S.C. §1915A.

### BACKGROUND

In his complaint, Harrison alleges that some of his incoming and outgoing mail has been confiscated in violation of his First Amendment rights to freedom of association and freedom of speech. The mail that was confiscated pertained to, e.g., the Black August Memorial, the New Afrikan Collective Think Tank, and the New Afrikan Institute of Criminology 101. Apparently, prison officials are of the opinion that the mail pertains to the BGF prison gang, of which Harrison is a member, while Harrison contends the mail concerns his political and cultural beliefs. The mail confiscation decisions apparently were made by correctional counselor D. Hawkes and correctional sergeant G. Stewart, in the institutional gang investigations department at Pelican Bay.

United States District Court
For the Northern District of California

1    Harrison also discusses in his complaint his disagreement with certain rulings by the state

2    court that heard his habeas petition regarding the mail.

3

4                                    **DISCUSSION**

5    A federal court must engage in a preliminary screening of any case in which a prisoner

6    seeks redress from a governmental entity or officer or employee of a governmental entity. See

7    28 U.S.C. § 1915A(a). In its review the court must identify any cognizable claims, and dismiss

8    any claims which are frivolous, malicious, fail to state a claim upon which relief may be granted,

9    or seek monetary relief from a defendant who is immune from such relief. See id. at

10    1915A(b)(1),(2). Pro se pleadings must be liberally construed. See Balistreri v. Pacifica Police

11    Dep't, 901 F.2d 696, 699 (9th Cir. 1990).

12    To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two elements: (1) that

13    a right secured by the Constitution or laws of the United States was violated and (2) that the

14    violation was committed by a person acting under the color of state law. See West v. Atkins,

15    487 U.S. 42, 48 (1988).

16    Prisoners enjoy a First Amendment right to send and receive mail. See Witherow v. Paff,

17    52 F.3d 264, 265 (9th Cir. 1995) (citing Thornburgh v. Abbott, 490 U.S. 401, 407 (1989)).

18    Liberally construed, the allegations appear to state a claim for relief under Section 1983 for a

19    violation of Harrison's First Amendment rights by defendants Hawkes and Stewart who allegedly

20    wrongfully confiscated his incoming and outgoing mail.

21    The other two named defendants are two wardens, who apparently were included because

22    they were in charge of the prison or because they reviewed Harrison's administrative appeal.

23    The wardens are not liable merely because they were in charge of the prison because there is no

24    respondeat superior liability under Section 1983, i.e. no liability under the theory that one is

25    responsible for the actions or omissions of an employee. See Taylor v. List, 880 F.2d 1040,

26    1045 (9th Cir. 1989). And they are not liable for an incorrect decision on an administrative

27    appeal, as a California prisoner has no due process right to a proper functioning inmate appeal

28    system. See generally Ramirez v. Galaza, 334 F.3d 850, 860 (9th Cir. 2003). Accordingly, the

2

1  wardens are dismissed without prejudice.

2      Finally, Harrison's allegations concerning his disagreements with the resolution of his

3  state habeas case in the Del Norte County Superior Court do not state a claim upon which relief

4  may be granted. A federal district court is a court of original jurisdiction and does not have

5  appellate-type jurisdiction to review decisions from state court. See District of Columbia Court

6  of Appeals v. Feldman, 460 U.S. 462, 486-87 (1983); Rooker v. Fidelity Trust Co., 263 U.S.

7  413, 416 (1923). To the extent Harrison wants to complain about what happened in his habeas

8  action in state court, his recourse is an appeal in state court. The allegations regarding the state

9  court action do not state a claim for relief under § 1983.

10

11                        **CONCLUSION**

12      For the foregoing reasons,

13      1.      The complaint states a claim for relief under 42 U.S.C. § 1983 against defendants

14  correctional officer D. Hawkes and correctional sergeant G. Stewart for First Amendment

15  violations in confiscating Harrison's mail. The other defendants are dismissed without prejudice.

16      2.      The clerk shall issue a summons and the United States Marshal shall serve, without

17  prepayment of fees, the summons, a copy of the complaint and a copy of this order upon each

18  of the following defendants, who allegedly are employed at Pelican Bay State Prison:

19      - D. Hawkes (correctional counselor II)
     - G. Stewart (correctional sergeant - Institutional Gang Investigations department)
20

21      3.      In order to expedite the resolution of this case, the following briefing schedule for

22  dispositive motions is set:

23      a.      No later than **April 11, 2008**, defendants must file and serve a motion for

24  summary judgment or other dispositive motion. If defendants are of the opinion that this case

25  cannot be resolved by summary judgment, they must so inform the court prior to the date the

26  motion is due.

27      b.      Plaintiff's opposition to the summary judgment or other dispositive motion

28  must be filed with the court and served upon defendants no later than **May 16, 2008**. Plaintiff

United States District Court
For the Northern District of California

3

1  must bear in mind the following notice and warning regarding summary judgment as he prepares

2  his opposition to any summary judgment motion:

3        The defendants may make a motion for summary judgment by which they
       seek to have your case dismissed. A motion for summary judgment under Rule
4      56 of the Federal Rules of Civil Procedure will, if granted, end your case. [¶]
       Rule 56 tells you what you must do in order to oppose a motion for summary
5      judgment. Generally, summary judgment must be granted when there is no
       genuine issue of material fact -- that is, if there is no real dispute about any fact
6      that would affect the result of your case, the party who asked for summary
       judgment is entitled to judgment as a matter of law, which will end your case.
7      When a party you are suing makes a motion for summary judgment that is
       properly supported by declarations (or other sworn testimony), you cannot simply
8      rely on what your complaint says. Instead, you must set out specific facts in
       declarations, depositions, answers to interrogatories, or authenticated documents,
9      as provided in Rule 56(e), that contradict the facts shown in the defendants'
       declarations and documents and show that there is a genuine issue of material fact
10     for trial. If you do not submit your own evidence in opposition, summary
       judgment, if appropriate, may be entered against you. If summary judgment is
11     granted, your case will be dismissed and there will be no trial. (See Rand v.
       Rowland, 154 F.3d 952, 962-63 (9th Cir. 1998).

12

13              c.      If defendants wish to file a reply brief, the reply brief must be filed and

14  served no later than **June 6, 2008**.

15     4.      All communications by plaintiff with the court must be served on a defendant's

16  counsel by mailing a true copy of the document to defendant's counsel. The court may disregard

17  any document which a party files but fails to send a copy of to his opponent. Until a defendant's

18  counsel has been designated, plaintiff may mail a true copy of the document directly to

19  defendant, but once a defendant is represented by counsel, all documents must be mailed to

20  counsel rather than directly to that defendant.

21     5.      Discovery may be taken in accordance with the Federal Rules of Civil Procedure.

22  No further court order under Federal Rule of Civil Procedure 30(a)(2) or Local Rule 16 is

23  required before the parties may conduct discovery.

24     6.      Plaintiff is responsible for prosecuting this case. Plaintiff must promptly keep the

25  court informed of any change of address and must comply with the court's orders in a timely

26  fashion. Failure to do so may result in the dismissal of this action for failure to prosecute

27  pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff must file a notice of change of

28  address in every pending case every time he is moved to a new facility.

United States District Court
For the Northern District of California

4

1    7.    Plaintiff is cautioned that he must include the case name and case number for this

2    case on any document he submits to this court for consideration in this case.

3    IT IS SO ORDERED.

4    Dated: January 2?, 2008

SUSAN ILLSTON
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

### UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

MARCUS L. HARRISON,

Plaintiff,

v.

INSTITUTIONAL GANG OF
INVESTIGATIONS et al,

Defendant.

_____/

Case Number: CV07-03824 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.

That on January 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
located in the Clerk's office.

Marcus L. Harrison H-54077
Pelican Bay State Prison, PBSP-II
d3-124/SHU
P O Box 7500
Crescent City, CA 95531

Dated: January 24, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk

# EXHIBIT·C

EXAMPLE OF REQUEST FOR CORRESPONDENCE IN ORDER TO OBTAIN A DECLARATION/AFFIDAVIT IN SUPPORT OF MY @1983. CIVIL CLAIM...

I'M CURRENTLY LITIGATING A @1983. CIVIL CLAIM, IN WHICH I'M CONTESTING THE SUBVERSIVE MEANS OF POLITICAL PERSECUTION THAT WE NEW AFRIKAN BLACK PRISONERS IS BEING SUBJECTED TO, BY I.G.I. PERSONNEL, AND PELICAN BAY PERSONNEL IN PARTICULAR...

THE MEANS OF POLITICAL PERSECUTION IS BEING MANIFESTED THROUGH THE FORM OF PROHIBITING US PRISONERS (NEW AFRIKAN BLACK PRISONERS) FROM EXCERCISING OUR 1ST. AMENDMENT CONSTITUTIONAL RIGHT TO THE FREEDOM OF SPEECH, EXPRESSION, & ASSOCIATION VIA THE SOCIAL, POLITICAL & CULTURAL CONCEPTS OF BLACK AUGUST, NEW AFRIKAN REVOLUTIONARY NATIONALISM (N.A.R.N.) AND THE SOCIAL & POLITICAL ENTITIES OF NEW AFRIKAN COLLECTIVE THINK TANK, & THE NEW AFRIKAN INSTITUTE OF CRIMINOLOGY 101, ETC...

SO I NEED THESE DECLARATIONS TO SPEAK TO, ANY PERSONAL EXPERIENCES/ACCOUNTS THAT THESE PRISONERS MAY HAVE HAD, IN WHICH THEY WERE TOLD, THESE SOCIAL CONCEPTS & IDEOLOGIES WERE THE PROMOTION OF GANG & CRIMINAL ACTIVITIES, ETC... ALONG WITH ANY PERSONAL ACCOUNTS, EXPERIENCE, OR KNOWLEDGE THAT THEY MIGHT HAVE, REGARDING THE ACTUAL HISTORICAL TRUTH THAT THESE SOCIAL CONCEPTS (IDEOLOGY) STAND FOR, FROM A SOCIAL, POLITICAL, & CULTURAL PERSPECTIVE.. ANY DOCUMENTATION (602 LOG #'s COURT CASE #'s) WOULD ALSO BE HELPFUL.. THANK YOU.

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-4

HARRISON — # H54077
D3·124

STATE OF CALIFORNIA                      DEPARTMENT OF CORRECTIONS

# REQUEST FOR CORRESPONDENCE APPROVAL
CDC 1074 (8/87)

| FR: R. HORRL | TO: R. HORRL |
|---|---|
| TITLE: WARDEN | TITLE: WARDEN |
| INSTITUTION/PAROLE REGION: PBSP | INSTITUTION/PAROLE REGION: |
| ADDRESS: 5905 LAKE EARL dR. CRESCENT CITY, CA 95531 | ADDRESS: |

| 1. INMATE/PAROLEE REQUESTING TO CORRESPOND: HARRISON, MARCUS | 2. INMATE/PAROLEE UNDER YOUR JURISDICTION: JONES, PAUL      D4-107U |
|---|---|
| CDC NUMBER H-54077   CURRENT STATUS ☒ INMATE ☐ PAROLEE | CDC NUMBER B-26077   CURRENT STATUS ☒ INMATE ☐ PAROLEE |
| KNOWN GANG AFFILIATION(S): VALIDATED AS MEMBER OF BLACK GUERILLA FAMILY | KNOWN GANG AFFILIATION(S): Validated As A member of Black Guerilla Family. |

| MISCELLANEOUS INFORMATION/COMMENTS: ONE TIME CORRESPONDENCE FOR DECLARATION CASE NUMBER C-07-3824-SI-R PR FEderAl Dist. COURT NoRthERN Dist. of CA | MISCELLANEOUS INFORMATION/COMMENTS: All info REVIEWED by IGI staff and must pERtAIN to COURT CASE. |
|---|---|

| COUNSELOR/AGENT'S RECOMMENDATION: ☒ APPROVAL ☐ DENIAL for the following reason: CURRENT COURT CASE CONFIRMED by Litigation Office | COUNSELOR/AGENT'S RECOMMENDATION: ☒ APPROVAL ☐ DENIAL for the following reason: |
|---|---|
| COUNSELOR/AGENT'S SIGNATURE: ▶ B. Flowers    DATE: 2/15/08 | COUNSELOR/AGENT'S SIGNATURE: ▶ B. Flowers    DATE: 2/15/08 |
| COUNSELOR/AGENT'S NAME (TYPED OR PRINTED): B. FLOWERS CCT | COUNSELOR/AGENT'S NAME (TYPED OR PRINTED): B. FLOWERS CCI |
| SUPERVISING AUTHORITY'S DECISION: ☒ APPROVED ☐ DENIED for the following reason: | SUPERVISING AUTHORITY'S DECISION: ☒ APPROVED ☐ DENIED for the following reason: |
| SIGNATURE: ▶    DATE: 2/15/08 | SIGNATURE: ▶    DATE: 2/15/08 |
| TITLE: FC | TITLE: FC |

| INSTRUCTIONS: If request is denied, note reason and notify inmate/parolee #1. If request is approved by requesting facility, retain pending copy and forward request to inmate/parolee #2's supervising authority. | INSTRUCTIONS: Receiving facility to retain last two copies (1 for inmate/parolee, 1 for inmate/parolee's file and return remainder to requesting facility. DISTRIBUTION (After processing): Original — Inmate/Parolee #1's File copy — Inmate/Parolee #1 copy — Inmate/Parolee #2's File copy — Inmate/Parolee #2 copy — Retained by requesting facility until process completed. |
|---|---|

88 85724

STATE OF CALIFORNIA                                                              DEPARTMENT OF CORRECTIONS

# REQUEST FOR CORRESPONDENCE APPROVAL

CDC 1074 (8/87)

| | |
|---|---|
| FR: R. HOREL | TO: R. HOREL |
| TITLE: WARDEN | TITLE: WARDEN |
| INSTITUTION/PAROLE REGION: PBSP | INSTITUTION/PAROLE REGION: |
| ADDRESS: 5905 LAKE EARL DR. CRESCENT CITY CA. 95531 | ADDRESS: |

| 1. INMATE/PAROLEE REQUESTING TO CORRESPOND: | 2. INMATE/PAROLEE UNDER YOUR JURISDICTION: |
|---|---|
| Harrison Marcus | Jackson Clyde    D1.223L |
| CDC NUMBER: H-54077   CURRENT STATUS: ☒ INMATE ☐ PAROLEE | CDC NUMBER: C-33559   CURRENT STATUS: ☒ INMATE ☐ PAROLEE |
| KNOWN GANG AFFILIATION(S): Validated as a member of the Black Guerilla Family | KNOWN GANG AFFILIATION(S): Validated as a member of the Black Guerilla Family |
| MISCELLANEOUS INFORMATION/COMMENTS: One time correspondence for Declaration case number C-07-3824-SI-PR. Federal Dist. court, Northern Dist of CA. | MISCELLANEOUS INFORMATION/COMMENTS: All info reviewed by IGI staff and must pertain to court case. |
| COUNSELOR/AGENT'S RECOMMENDATION: ☒ APPROVAL ☐ DENIAL for the following reason: Current Court Case Confirmed by litigation office | COUNSELOR/AGENT'S RECOMMENDATION: ☒ APPROVAL ☐ DENIAL for the following reason: |
| COUNSELOR/AGENT'S SIGNATURE: ▶ B. Flowers   DATE: 2/15/08 | COUNSELOR/AGENT'S SIGNATURE: ▶ B. Flowers   DATE: 7/15/08 |
| COUNSELOR/AGENT'S NAME (TYPED OR PRINTED): B. Flowers  CCI | COUNSELOR/AGENT'S NAME (TYPED OR PRINTED): B. Flowers  CCI |
| SUPERVISING AUTHORITY'S DECISION: ☒ APPROVED ☐ DENIED for the following reason: | SUPERVISING AUTHORITY'S DECISION: ☒ APPROVED ☐ DENIED for the following reason: |
| SIGNATURE: ▶   DATE: 2/15/08 | SIGNATURE: ▶   DATE: 2/15/08 |
| TITLE: | TITLE: TC |

| INSTRUCTIONS: | INSTRUCTIONS: |
|---|---|
| If request is denied, note reason and notify inmate/parolee #1<br><br>If request is approved by requesting facility, retain pending copy and forward request to inmate/parolee #2's supervising authority. | Receiving facility to retain last two copies (1 for inmate/parolee, 1 for inmate/parolee's file and return remainder to requesting facility.<br><br>DISTRIBUTION (After processing):<br>Original — Inmate/Parolee #1's File<br>copy — Inmate/Parolee #1<br>copy — Inmate/Parolee #2's File<br>copy — Inmate/Parolee #2<br>copy — Retained by requesting facility until process completed. |

88 85724

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

## REQUEST FOR CORRESPONDENCE APPROVAL
CDC 1074 (8/87)

| FR: R. Horel | TO: R. Horel |
|---|---|
| TITLE: WARDEN | TITLE: WARDEN |
| INSTITUTION/PAROLE REGION: PBSP | INSTITUTION/PAROLE REGION: |
| ADDRESS: 5905 Lake Earl dr. Creslent City, Ca. 95531 | ADDRESS: |

| 1. INMATE/PAROLEE REQUESTING TO CORRESPOND: HARRISON, MARCUS | 2. INMATE/PAROLEE UNDER YOUR JURISDICTION: Williamson, Jimmy    54-107L |
|---|---|
| CDC NUMBER: H-54077  CURRENT STATUS: [X] INMATE  [ ] PAROLEE | CDC NUMBER: D-34787  CURRENT STATUS: [X] INMATE  [ ] PAROLEE |
| KNOWN GANG AFFILIATION(S): Validated as member of Black Guerilla Family | KNOWN GANG AFFILIATION(S): Validated as Associate of Black Guerilla Family. |
| MISCELLANEOUS INFORMATION/COMMENTS: One time correspondence for Declaration case number C-07-3824-SI. PR Federal Dist Court, Northern Dist. of Ca | MISCELLANEOUS INFORMATION/COMMENTS: All info reviewed by IGI staff and must pertain to Court case. |
| COUNSELOR/AGENT'S RECOMMENDATION: [X] APPROVAL  [ ] DENIAL for the following reason: Current Court case confirmed by litigation office | COUNSELOR/AGENT'S RECOMMENDATION: [X] APPROVAL  [ ] DENIAL for the following reason: |
| COUNSELOR/AGENT'S SIGNATURE: B. Flowers   DATE: 2/15/08 | COUNSELOR/AGENT'S SIGNATURE: B. Flowers   DATE: 2/15/08 |
| COUNSELOR/AGENT'S NAME (TYPED OR PRINTED): B. Flowers CCI | COUNSELOR/AGENT'S NAME (TYPED OR PRINTED): B. Flowers CCI |
| SUPERVISING AUTHORITY'S DECISION: [X] APPROVED  [ ] DENIED for the following reason: | SUPERVISING AUTHORITY'S DECISION: [X] APPROVED  [ ] DENIED for the following reason: |
| SIGNATURE:   DATE: 2/15/08 | SIGNATURE:   DATE: 2/15/08 |
| TITLE: TC | TITLE: TC |

| INSTRUCTIONS: If request is denied, note reason and notify inmate/parolee #1. If request is approved by requesting facility, retain pending copy and forward request to inmate/parolee #2's supervising authority. | INSTRUCTIONS: Receiving facility to retain last two copies (1 for inmate/parolee, 1 for inmate/parolee's file and return remainder to requesting facility. |
|---|---|
| | DISTRIBUTION (After processing): Original — Inmate/Parolee #1's File  copy — Inmate/Parolee #1  copy — Inmate/Parolee #2's File  copy — Inmate/Parolee #2  copy — Retained by requesting facility until process completed. |

88 85724

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS

## REQUEST FOR CORRESPONDENCE APPROVAL
CDC 1074 (8/87)

| FR: R. Horel | TO: R. Horel |
|---|---|
| TITLE: WARDEN | TITLE: WARDEN |
| INSTITUTION/PAROLE REGION: PBSP | INSTITUTION/PAROLE REGION: |
| ADDRESS: 5905 LAKE EARL DR. CRESLENT City CA. 95531 | ADDRESS: |

| 1. INMATE/PAROLEE REQUESTING TO CORRESPOND: HARRISON, MARCUS | 2. INMATE/PAROLEE UNDER YOUR JURISDICTION: HARVEY JAMES    04-1122 |
|---|---|
| CDC NUMBER H-54077    CURRENT STATUS ☒ INMATE ☐ PAROLEE | CDC NUMBER C-48584    CURRENT STATUS ☒ INMATE ☐ PAROLEE |
| KNOWN GANG AFFILIATION(S): VAlidated as member of Black Guerilla Family | KNOWN GANG AFFILIATION(S): VAlidated as member of Black Guerilla Family |
| MISCELLANEOUS INFORMATION/COMMENTS: One time correspondence for Declaration case number C-07-3824-SI-PR. Federal Dist court, Northern Dist of Ca. | MISCELLANEOUS INFORMATION/COMMENTS: All info reviewed by IGI staff and must pertain to court case. |
| COUNSELOR/AGENT'S RECOMMENDATION: ☒ APPROVAL ☐ DENIAL for the following reason: Current Court case confirmed by litigation office | COUNSELOR/AGENT'S RECOMMENDATION: ☒ APPROVAL ☐ DENIAL for the following reason: |
| COUNSELOR/AGENT'S SIGNATURE: ▶ B. Flowers    DATE: 7/15/08 | COUNSELOR/AGENT'S SIGNATURE: ▶ B. Flowers    DATE: 7/15/08 |
| COUNSELOR/AGENT'S NAME (TYPED OR PRINTED) B. FLOWERS CCI | COUNSELOR/AGENT'S NAME (TYPED OR PRINTED) B. FLOWERS CCI |
| SUPERVISING AUTHORITY'S DECISION: ☒ APPROVED ☐ DENIED for the following reason: | SUPERVISING AUTHORITY'S DECISION: ☒ APPROVED ☐ DENIED for the following reason: |
| SIGNATURE: ▶    DATE: 7/16/18 | SIGNATURE: ▶    DATE: 8/1/08 |
| TITLE: FC | TITLE: C |

| INSTRUCTIONS: If request is denied, note reason and notify inmate/parolee #1. If request is approved by requesting facility, retain pending copy and forward request to inmate/parolee #2's supervising authority. | INSTRUCTIONS: Receiving facility to retain last two copies (1 for inmate/parolee, 1 for inmate/parolee's file and return remainder to requesting facility. |
|---|---|
| | DISTRIBUTION (After processing): Original — Inmate/Parolee #1's File copy — Inmate/Parolee #1 copy — Inmate/Parolee #2's File copy — Inmate/Parolee #2 copy — Retained by requesting facility until process completed. |

88 85724

STATE OF CALIFORNIA                                                           DEPARTMENT OF CORRECTIONS

# REQUEST FOR CORRESPONDENCE APPROVAL
CDC 1074 (8/87)

| | |
|---|---|
| FR: R. Hore | TO: R. Hore |
| TITLE: Warden | TITLE: Warden |
| INSTITUTION/PAROLE REGION: PBSP | INSTITUTION/PAROLE REGION: |
| ADDRESS: 5905 Lake Earl Dr. Crescent City, Ca. 95531 | ADDRESS: |

| 1. INMATE/PAROLEE REQUESTING TO CORRESPOND: | 2. INMATE/PAROLEE UNDER YOUR JURISDICTION: |
|---|---|
| Harrison, Markus | Dewberry, Donnie   D4-122L |
| CDC NUMBER H-54077   CURRENT STATUS ☒ INMATE ☐ PAROLEE | CDC NUMBER C-35071   CURRENT STATUS ☒ INMATE ☐ PAROLEE |
| KNOWN GANG AFFILIATION(S): Validated as member of Black Guerilla Family | KNOWN GANG AFFILIATION(S): Validated as member of Black Guerilla Family |
| MISCELLANEOUS INFORMATION/COMMENTS: One time correspondence for Declaration case number C-07-3824-SI-PR. Federal Dist. Court, Northern Dist of CA. | MISCELLANEOUS INFORMATION/COMMENTS: All info reviewed by IGI staff and must pertain to court case. |

| COUNSELOR/AGENT'S RECOMMENDATION: | COUNSELOR/AGENT'S RECOMMENDATION: |
|---|---|
| ☒ APPROVAL   ☐ DENIAL for the following reason: Current Court Case confirmed by Litigation office | ☒ APPROVAL   ☐ DENIAL for the following reason: |
| COUNSELOR/AGENT'S SIGNATURE: ▶   DATE: 2/15/08 | COUNSELOR/AGENT'S SIGNATURE: ▶   DATE: 1/15/08 |
| COUNSELOR/AGENT'S NAME (TYPED OR PRINTED): B. Flowers Cn | COUNSELOR/AGENT'S NAME (TYPED OR PRINTED): B. Flowers Ccii |
| SUPERVISING AUTHORITY'S DECISION: ☒ APPROVED   ☐ DENIED for the following reason: | SUPERVISING AUTHORITY'S DECISION: ☒ APPROVED   ☐ DENIED for the following reason: |
| SIGNATURE: ▶   DATE: 2/15/08 | SIGNATURE: ▶   DATE: 2/15/08 |
| TITLE: | TITLE: |

| INSTRUCTIONS: | INSTRUCTIONS: |
|---|---|
| If request is denied, note reason and notify inmate/parolee #1 | Receiving facility to retain last two copies (1 for inmate/parolee, 1 for inmate/parolee's file and return remainder to requesting facility. |
| If request is approved by requesting facility, retain pending copy and forward request to inmate/parolee #2's supervising authority. | DISTRIBUTION (After processing): Original — Inmate/Parolee #1's File  copy — Inmate/Parolee #1  copy — Inmate/Parolee #2's File  copy — Inmate/Parolee #2  copy — Retained by requesting facility until process completed. |

88 85724