NAME: MARCUS L. HARRISON
CDC NO: H54077   HOUSING: D3-124
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

$01.65
MAILED FROM ZIP CODE 95531
APR 25 2008

ATTN: SUSAN ILLSTON — JUDGE
U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

RECEIVED
APR 28 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

CONFIDENTIAL LEGAL MAIL