NAME: MARCUS HARRISON
CDC NO: H5405

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

Ms. Susan Illston – Judge
U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

JUN 6 2008
Clerk U.S. District Court
Northern District of California

CONFIDENTIAL LEGAL MAIL