PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

$01.680
AUG 06 2008
MAILED FROM ZIP CODE 95531

ATTN: MS. SUSAN IllSTON — JUDGE
U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

CONFIDENTIAL LEG*L M*IL

NAME MARCUS HARRISON
CDC.NO. H54077 HOUSING D3-122
PELICAN BAY STATE PRISON
PO BOX 7500
CRESCENT CITY, CA. 95532



DiPew et al

8-7-08