UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARCUS L. HARRISON,<br><br>    Plaintiff,<br><br>  v.<br><br>INSTITUTIONAL GANG OF INVESTIGATIONS, et al.,<br><br>    Defendants. | No. C 07-3824 SI/NJV (PR)<br><br>NOTICE AND ORDER RESETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled for 11:00 a.m. on Wednesday  November 10, 2010 at Pelican Bay State Prison.

Lead trial counsel shall appear at the settlement conference with the parties and persons having **full authority** to negotiate and settle the case.  **A person who needs to call another person not present before agreeing to any settlement does not have full authority.  To the extent that such consultations are necessary, they must be made in advance of the settlement conference.**

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

To the extent that the parties desire to supplement their prior confidential settlement conference statements, such supplementation shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than two weeks prior to the settlement conference.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference

The further settlement conference set for September 30, 2010 is hereby VACATED.

IT IS SO ORDERED.

Dated: September 27, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARCUS L. HARRISON, | No. C 07-3824 SI/NJV (PR) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| INSTITUTIONAL GANG OF INVESTIGATIONS, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on September 27, 2010 I SERVED a true and correct copy of the attached, (1) via facsimile to the Pelican Bay State Prison Litigation Office at (707) 465-9099; and (2) by placing said copy in a postage paid envelope addressed to the person(s) listed below and by depositing said envelope in the U.S. Mail.

Marcus L. Harrison
H-54077
Pelican Bay State Prison, PBSP-II
d3-124/SHU
P O Box 7500
Crescent City, CA 95531

/s/ Chris Wolpert
_____
Chris Wolpert
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3