United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARCUS L. HARRISON, | No. C 08-3824 SI/NJV (PR) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE |
| v. | |
| INSTITUTIONAL GANG OF INVESTIGATIONS, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The settlement conference set for November 10, 2010 at Pelican Bay State Prison is VACATED due to unforeseen medical circumstances beyond the Court's control. The settlement conference will be rescheduled as soon as possible.

IT IS SO ORDERED.

Dated: November 8, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARCUS L. HARRISON, | No. C 07-3824 SI/NJV (PR) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| INSTITUTIONAL GANG OF INVESTIGATIONS, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on November 8, 2010 I SERVED a true and correct copy of the attached, (1) via facsimile to the Pelican Bay State Prison Litigation Office at (707) 465-9099; and (2) by placing said copy in a postage paid envelope addressed to the person(s) listed below and by depositing said envelope in the U.S. Mail.

Marcus L. Harrison
H-54077
Pelican Bay State Prison, PBSP-II
d3-124/SHU
P O Box 7500
Crescent City, CA 95531

/s/ Chris Wolpert
_____
Chris Wolpert
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2