1  KAMALA D. HARRIS
   Attorney General of California
2  JAY C. RUSSELL
   Supervising Deputy Attorney General
3  MICHAEL J. QUINN
   Deputy Attorney General
4  State Bar No. 209542
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5726
6    Fax:  (415) 703-5843
     E-mail:  Michael.Quinn@doj.ca.gov
7  *Attorneys for Defendants Stewart and Hawkes*

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARCUS L. HARRISON,** | C 07-3824 SI |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| **INSTITUTIONAL GANG OF INVESTIGATIONS,** | |
| Defendants. | |

IT IS STIPULATED that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above entitled action shall be dismissed with prejudice as to all Defendants.

Dated: January 13, 2011

*[signature: Marcus Harrison]*
MARCUS L. HARRISON
Plaintiff

Dated: January 13, 2011

*[signature]*
MICHAEL J. QUINN
Deputy Attorney General
Attorney for Defendants Stewart and Hawkes

SF2008400645
20322691.doc

1

# CERTIFICATE OF SERVICE

Case Name:  <u>M. L. Harrison v. IGI, et al.</u>     No.   <u>C 07-3824 SI</u>

I hereby certify that on **January 18, 2011**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On **January 18, 2011**, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Marcus L. Harrison, H-54077**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA  95532-7500**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 18, 2011**, at San Francisco, California.

_____D. Criswell_____          _____[signature]_____
Declarant                                    Signature

40478635.doc