**United States District Court**
For the Northern District of California

1

2

3

4

5

**Not for Publication**

6          UNITED STATES DISTRICT COURT

7          NORTHERN DISTRICT OF CALIFORNIA

8          EUREKA DIVISION

9

10    MARCUS L. HARRISON,                              No. 3:07-CV- 03824 SI (NJV)

11              Plaintiff,                             ORDER FOLLOWING STATUS
                                                       CONFERENCE
12         v.

13    INSTITUTION OF GANG
      INVESTIGATIONS, et al.,

14              Defendants.
                                              /
15

16

17

18

19         On January 13, 2011, the undersigned held a settlement conference in this case at Pelican Bay

20    State Prison, pursuant to which the case was settled. (Docket no. 60.) District Judge Illston entered an

21    order dismissing the case pursuant to the parties' stipulation on January 19, 2011. (Docket No. 59.) On

22    January 31, 2011, the Court received a letter from Plaintiff, claiming that Defendants were not

23    complying with the terms of the settlement. (Docket no. 61.) Accordingly, the undersigned held a

24    status conference in this case on March 15, 2011. (Docket no. 62.) Pursuant to the Court's request made

25    at the status conference, Defendants filed a status report concerning Plaintiff's mail on April 20, 2011.

26    (Docket no. 65.) The Court has carefully reviewed the status report and concludes that Defendants are

27    complying with the terms of the settlement agreement entered into by the parties to this action.

28    Accordingly, the Court finds that no further action is required in this matter. The Court further finds

      that Plaintiff's motion to compel compliance, filed April 12, 2011, raises the same concerns addressed

**United States District Court**

For the Northern District of California

1   at the status conference and is therefore moot.  The Court therefore DENIES the motion to compel on

2   that basis.  (Docket no. 64.)

3

4   IT IS SO ORDERED.

5

6   Dated: April 20, 2010

                                    NANDOR J. VADAS

7                                       United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1

2

3

4

5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

6

7

EUREKA DIVISION

8    MARCUS L. HARRISON,                              No. C 07-959 SI/NJV (PR)

9              Plaintiff,

10         v.                                         CERTIFICATE OF SERVICE

11   OFFICER J. SAMPLE,

12             Defendant.
     _____/

13

        I, the undersigned, hereby certify that on April 20, 2011, I SERVED a true and correct copy of

14

the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below and

15

by depositing said envelope in the U.S. Mail

16

Marcus L. Harrison

17   H-54077

18   Pelican Bay State Prison, PBSP-II

     d3-124/SHU

19   P O Box 7500

20   Crescent City, CA 95531

21

22

23                                                        /s/ Linn Van Meter

24                                                   _____

                                                          Linn Van Meter

25                                                     Administrative Law Clerk to
                                                     the Honorable Nandor J. Vadas

26

27

28

3