United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS L. HARRISON, | No. C 07-3824 SI (pr) |
| Plaintiff, | **ORDER REFERRING SETTLEMENT RELATED MATTERS TO MAGISTRATE JUDGE** |
| v. | |
| INSTITUTIONAL GANG OF INVESTIGATIONS; et al., | |
| Defendants. | |

This action was dismissed after the parties settled their disagreements through the Pro Se Prisoner Mediation Program conducted by Magistrate Judge Vadas. Plaintiff has filed a motion to vacate order and to enforce settlement agreement (docket # 68), as well as several letters and miscellaneous documents about the settlement. In light of Magistrate Judge Vadas' familiarity with the terms of the settlement and the undersigned's purposeful lack of familiarity with them, the court now refers docket # 68 and all motions and matters regarding compliance with the settlement to Magistrate Judge Vadas for disposition by him.

IT IS SO ORDERED.

Dated: June 20, 2011

_____
SUSAN ILLSTON
United States District Judge