United States District Court
For the Northern District of California

1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
7                       NORTHERN DISTRICT OF CALIFORNIA
8                                EUREKA DIVISION
9
10   MARCUS L. HARRISON,                    No. C 08-3824 SI/NJV (PR)

         Plaintiff,                         ORDER RE SETTLEMENT AGREEMENT

     v.

     INSTITUTIONAL GANG OF
     INVESTIGATIONS, et al.,

         Defendants.
                                        /

   Defendants SHALL forthwith file a copy of the settlement agreement in this case and serve a copy of the agreement on Plaintiff.

   IT IS SO ORDERED.

   Dated: July 21, 2011

                                            _____
                                            NANDOR J. VADAS
                                            United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARCUS L. HARRISON, | No. C 07-3824 SI/NJV (PR) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| INSTITUTIONAL GANG OF INVESTIGATIONS, et al., | |
| Defendants. / | |

I, the undersigned, hereby certify that on July 21, 2011, I SERVED a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person listed below and by depositing said envelope in the U.S. Mail.

Marcus L. Harrison
H-54077
Pelican Bay State Prison, PBSP-II
d3-124/SHU
P O Box 7500
Crescent City, CA 95531

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas